IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Case No. 8:06CV414 |
| | ) | |
| Plaintiff, | ) | **ANSWER TO VERIFIED** |
| | ) | **COMPLAINT FOR FORFEITURE** |
| vs. | ) | **AND DEMAND FOR JURY** |
| | ) | **TRIAL** |
| **$343,840.00 IN UNITED** | ) | |
| **STATES CURRENCY**, | ) | |
| | ) | |
| Defendant. | ) | |

The Claimant, Laith Korkis, by his attorney, hereby submits the following Answer to the Government's Verified Complaint for Forfeiture and hereby informs the Court with regard to said Complaint that:

1. The Claimant does not dispute the legal assertions in paragraph one and admits the allegations of jurisdiction;

2. Claimant admits paragraph two;

3. Claimant does not dispute the legal assertions in paragraph three and admits the allegations of venue;

4. Claimant admits paragraph four;

5. Claimant admits paragraph five;

6. Claimant admits paragraph six;

7. Claimant denies paragraph seven;

For his affirmative defenses, the Claimant alleges:

1. The seized property described in the Government's Verified Complaint for Forfeiture was obtained in violation of the Claimant's constitutional rights against unreasonable

1

searches and seizures, as guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution;

2. The seized property described in the Government's Verified Complaint for Forfeiture was obtained in violation of the Claimant's constitutional right to due process, as guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution;

3. The seized property described in the Government's Verified Complaint for Forfeiture was obtained in violation of the Claimant's constitutional rights to the effective assistance of counsel, as guaranteed by the Sixth and Fourteenth Amendments of the United States Constitution;

4. The seized property described in the Government's Verified Complaint for Forfeiture constitutes derivative evidence of an illegal search and seizure;

5. The seized property described in the Government's Verified Complaint for Forfeiture constitutes derivative evidence of statements obtained illegally from the Claimant by law enforcement officers;

6. The seized property described in the Government's Verified Complaint for Forfeiture constitutes derivative evidence of a violation of the Claimant's guaranteed right to the effective assistance of counsel;

7. The seized property described in the Government's Verified Complaint for Forfeiture, having been obtained in violation of the Claimant's constitutional rights, is not admissible at a civil forfeiture trial;

8. The seized property described in the Government's Verified Complaint for Forfeiture is not contraband, is not evidence of a crime and was in the lawful possession of the Claimant at the time it was seized;

9. The seized property described in the Government's Verified Complaint for Forfeiture was not used, nor was it intended to be used, to commit or facilitate the commission of violations of Title 21, United States Code, §§ 841 and 844 and thus, is not subject to forfeiture to the United States pursuant to Title 21, United States Code, § 881(a)(6) and the Claimant possesses a lawful property right in the seized property;

10. The seized property described in the Government's Verified Complaint for Forfeiture is protected from forfeiture by reason of any act or omission committed or omitted without the knowledge or consent of the Claimant.

WHEREFORE, the Claimant, being lawfully entitled to the return of the seized property, hereby demands its restitution and claims the right to defend this action.  The Claimant prays that the Court enter judgment in favor of the Claimant, dismissing the Government's Complaint and ordering the return of the seized property to Claimant's possession; that the costs of this action be assessed against the Plaintiff; that the Claimant be awarded a reasonable attorney's fee; and that the Court grant other and further relief as this Court may deem just and equitable.

## DEMAND FOR JURY TRIAL

The Claimant hereby demands a trial to a jury of twelve jurors on the issues to be tried in this case.

                                            Respectfully submitted,
                                            Laith Korkis, Claimant


BY:    s/ Sean J. Brennan_____
           Sean J. Brennan, #15841
           Brennan & Nielsen Law Offices, P.C.
           Suite 340, The Apothecary
           140 N. 8th Street
           Lincoln, NE  68508
           402-441-4848
           sbrennan@alltel.net; bnlawoffice@alltel.net

## CERTIFICATE OF SERVICE

    I hereby certify that on July 25, 2006, I electronically filed the foregoing Answer and Demand with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to AUSA Nancy Svoboda.

                                                      s/ Sean J. Brennan\
                                                      Sean J. Brennan, #15841