```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV414 |
| | ) | |
| v. | ) | |
| | ) | |
| $343,840.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The oral motion of claimant Laith Korkis for additional time to file the Rule 26 report of parties' planning conference is granted and the deadline for filing the report is extended to September 19, 2006.

DATED this 5th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge