```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         4:06CV414
                               )
       v.                      )
                               )
                               )              ORDER
$343,840.00 in United States   )
Currency,                      )
                               )
              Defendant.       )
```

IT IS ORDERED:

The plaintiff's unopposed oral motion to re-schedule the planning conference is granted. The parties' planning conference will be held on November 7, 2006 at 9:45 a.m. Counsel for the government shall place the call.

DATED this 1st day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge