IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CV414 |
| ) | |
| $343,840.00 IN UNITED STATES ) | **STIPULATION** |
| CURRENCY, ) | **FOR DISMISSAL** |
| ) | |
| Defendant. ) | |

COME NOW the Plaintiff, United States of America, by and through its attorney, Nancy A. Svoboda, the Defendant property and the Claimant, Laith Korkis, by and through his attorney, Sean J. Brennan, and pursuant to Fed. R. Civ. P., Rule 41(a)(1), hereby stipulate and agree as follows:

1. The Defendant property shall be returned to the Claimant, Laith Korkis, by delivering the same to Mr. Brennan's trust account. The U.S. Marshals Service will make the payment and will do so without interest. Mr. Korkis will not seek reimbursement from the United States for the attorney's fees he incurred as a result of this lawsuit.

2. Upon Mr. Brennan's receipt of the funds, he shall file a Receipt so indicating. This case will then be dismissed.

UNITED STATES OF AMERICA,
Plaintiff

JOE W. STECHER
United States Attorney

DATED: 3/19/07            By: *[signature]*
                              NANCY A. SVOBODA (#17429)
                              Assistant United States Attorney
                              1620 Dodge Street, Suite 1400
                              Omaha, Nebraska 68102-1506
                              (402) 661-3700

$343,840.00 IN UNITED STATES CURRENCY, Defendant, and LAITH KORKIS, Claimant

DATED: 3-16-07            By: *[signature]*
                              SEAN J. BRENNAN (#15841)
                              Attorney at Law
                              140 N. 108th Street, #340
                              Lincoln, NE 68508
                              (402) 440-4848