FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 MAR 21 PM 1:46

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CV414 |
| ) | |
| $343,840.00, IN UNITED STATES ) | **ORDER** |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 21st day of March, 2007, this matter comes on before the Court upon the parties' Stipulation for Dismissal (Filing No. 23). The Court reviews the file and the Stipulation, and, being duly advised in the premises, finds as follows:

1. The Defendant property should be returned to the Claimant through the trust account of Sean J. Brennan. The U.S. Marshals Service will make the payment and will do so without interest. Mr. Korkis will not seek reimbursement from the United States for the attorney's fees he incurred as a result of this lawsuit.

2. Upon Mr. Brennan's receipt of the funds, he shall file a Receipt so indicating. This case will then be dismissed.

3. The parties' Stipulation for Dismissal should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation for Dismissal is hereby approved.

B. The U.S. Marshals Service will return the Defendant property to the Claimant, Laith

Korkis, by delivering same to the Sean J. Brennan Trust Account.

    C. Upon Mr. Brennan's filing of a Receipt of the funds, this case will be dismissed.

BY THE COURT:

*[signature]*

RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

· Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

$343,840.00 IN UNITED STATES
CURRENCY, Defendant, and
LAITH KORKIS, Claimant

By: *[signature]*

SEAN J. BRENNAN (#15841)
Attorney at Law
140 N. 108th Street, #340
Lincoln, Nebraska 68508
(402) 441-4848

2