IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2007 APR -3  PM 2: 22
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 8:06CV414 |
| $343,840.00 IN UNITED STATES CURRENCY, | ) ORDER |
| Defendant. | ) |

IN ACCORDANCE with the parties' Stipulation filed March, 21, 2007, (Filing No. 24,,

and Mr. Brennan's Receipt (Filing No. 25), this case is now dismissed.

DATED this 3rd day of April, 2007.

BY THE COURT:

RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

$343,840.00 IN UNITED STATES
CURRENCY, Defendant, and
LAITH KORKIS, Claimant

By: /s/ Sean J. Brennan

SEAN J. BRENNAN (#15841)
Attorney at Law
140 N. 108th Street, #340
Lincoln, Nebraska 68508
(402) 441-4848